**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 97-2258**

_____

LAWRENCE VERLINE WILDER, SR.,

Plaintiff - Appellant,

versus

BOBBY L. HARNAGE, National President, American
Federation of Government Employees, AFL-CIO;
JOHN GAGE, President, American Federation of
Government Employees, AFL-CIO Local 1923; JOE
FLYNN, Vice President, American Federation of
Government Employees Local 1923, AFL-CIO; ANN
ROBINSON, Vice President, American Federation
of Government Employees Local 1923, AFL-CIO,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frederick N. Smalkin, District Judge.
(CA-97-2354-S)

_____

Submitted: December 18, 1997          Decided: May 4, 1998

_____

Before WILKINS, NIEMEYER, and HAMILTON, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Lawrence Verline Wilder, Appellant Pro Se. Mark D. Roth, Michael
Jay Schrier, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO,
Washington, D.C., for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying Appellant's motion to dismiss, summarily denying Appellant's motion for summary judgment, and dismissing Appellant's complaint for lack of subject matter jurisdiction. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Wilder v. Sturdivant</u>, No. CA-97-2354-S (D. Md. Sept. 3, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2